UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KURT SPRENGLE,

    Plaintiff,

v.      Case No. 3:20-cv-1348-MMH-LLL

SMITH MARITIME INC., et al.,

    Defendants.

**ORDER**

**THIS CAUSE** is before the Court on Smith Maritime, Inc.'s Motion for Partial Summary Judgment as to Counts V (Retaliatory Discharge) and VI (Failure to Provide Maintenance and Cure) (Doc. 87; Motion). Smith Maritime filed the Motion on April 13, 2023. However, the deadline for filing dispositive motions in this matter expired on September 30, 2022. See Order (Doc. 51), entered January 25, 2022.[1] Significantly, Smith Maritime did not seek leave to file the untimely motion, and made no attempt to establish good cause for a modification of the Court's scheduling Order. See Rule 16(b)(4), Federal Rules of Civil Procedure (Rule(s)). As such, the Court finds that the Motion is due to be stricken as untimely. Accordingly, it is

---

[1] The Court notes that it entered an Order extending the "remaining case management deadlines" on January 6, 2023, but this Order plainly did not extend the previously expired dispositive motion deadline. See Order (Doc. 83) at 1.

**ORDERED:**

Smith Maritime, Inc.'s Motion for Partial Summary Judgment as to Counts V (Retaliatory Discharge) and VI (Failure to Provide Maintenance and Cure) (Doc. 87) is **STRICKEN.**

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of April, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record